GARY M. RESTAINO
United States Attorney
District of Arizona
RAQUEL ARELLANO
Assistant United States Attorney
State Bar No. 011796
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: raquel.arellano@usdoj.gov
Attorneys for Plaintiff

FILED

2023 SEP -6  PM 4: 19

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR23-01363 TUC-JCH(JR)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. |
|---|---|
| Plaintiff, | **I N D I C T M E N T** |
| vs. | VIO: 18 U.S.C. § 554(a)<br>(Smuggling Goods from<br>the United States)<br>Count 1 |
| Cesar Ivan Orona, | |
| Defendant. | 18 U.S.C. § 933(a)(2)<br>(Felony Receipt of a Firearm)<br>Count 2 |
| | 18 U.S.C. § 922(g)(1) and 924 (a)(8)<br>(Possession of a Firearm by a<br>Convicted Felon)<br>Count 3 |
| | 18 U.S.C. § 924(d); 28 U.S.C. §<br>2461(c); and 50 § 4819(d)(1)(C)<br>(Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

On or about August 9, 2023, in the District of Arizona, Defendant CESAR IVAN ORONA, knowingly attempted to export and send from the United States any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: a 9mm Glock 19 semi-automatic firearm with accompanying 9mm magazine and an extended pistol magazine, knowing the same to

be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Part 736.2; Title 15, Code of Federal Regulations, Part 774; and Title 15, Code of Federal Regulations, Part 738.

In violation of Title 18, United States Code, Section 554(a).

## COUNT 2

On or about August 9, 2023, in the District of Arizona, Defendant CESAR IVAN ORONA, did receive from another person, in or otherwise affecting interstate or foreign commerce, a firearm, that is, a 9mm Glock 19 semi-automatic firearm with accompanying 9mm magazine and an extended pistol magazine, knowing or having reasonable cause to believe that such receipt would constitute a felony.

In violation of Title 18, United States Code, Section 933(a)(2).

## COUNT 3

On or about August 9, 2023, in the District of Arizona, Defendant CESAR IVAN ORONA, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition, that is, a 9mm Glock 19 semi-automatic firearm with accompanying 9mm magazine and an extended pistol magazine; said firearm and magazines being in and affecting commerce in that they were previously transported into the state of Arizona from another state or foreign country.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE ALLEGATION

Upon conviction of the Indictment, the defendant, CESAR IVAN ORONA, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 50, United States Code, Section 4819(d)(1)(C), and Title 28, United States Code, Section 2461(c), any firearms involved in the commission of the offense and any property constituting an item that is exported or intended to be exported in violation of the offense,

*United States of America v. Orona*
*Indictment Page 2 of 3*

including, but not limited to: a 9mm Glock 19 semi-automatic firearm bearing serial number KTR 161 with accompanying 9mm magazine, and an extended pistol magazine.

If any of the property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendant.

All pursuant to Title 18, United States Code, Section 924(d), Title 50, United States Code, Section 4819(d)(1)(C), Title 28, United States Code, Section 2461(c), and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

FOREPERSON OF THE GRAND JURY
Dated: September 6, 2023

REDACTED FOR
PUBLIC DISCLOSURE

GARY M. RESTAINO
United States Attorney
District of Arizona

/S/

RAQUEL ARELLANO
Assistant United States Attorney

*United States of America v. Orona*
*Indictment Page 3 of 3*